UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUNRISE TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 15-11546-NMG |
| SELC IRELAND, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION
## ON DEFENDANT'S MOTION TO DISMISS

June 14, 2016

DEIN, U.S.M.J.

### I. INTRODUCTION

This is a patent infringement action in which the plaintiff, Sunrise Technologies, Inc. ("Sunrise"), claims that the defendant, SELC Ireland Ltd. ("SELC"), is willfully and deliberately infringing, contributing to the infringement, and/or inducing the infringement of U.S. Patent No. 7,825,793 entitled "Remote Monitoring and Control System" (the "'793 Patent"). SELC is an Irish corporation with a principal place of business in Mayo, Ireland, and a competitor of Sunrise in the market for outdoor lighting control products. Since 2012, SELC has relied on the services of Amanda Dixon, who is listed on SELC's promotional materials as the company's Business and Development Manager, to carry out its sales and marketing efforts throughout North America, including the United States. Ms. Dixon, who is apparently an independent contractor, performs these activities from her home in North Carolina. However, she has never sold or promoted any of SELC's products to customers or potential customers who are located in Massachusetts.

*After consideration of defendants' objection thereto (Docket No. 37), Report and Recommendation accepted and adopted.*

*/s/ NMGorton, USDJ 7/22/16*